IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**NANCY DUSHAME,**                                               07-CV-6052-BR

      **Plaintiff,**                                         **JUDGMENT**

**v.**

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security**
**Administration,**

      **Defendant.**

**KATHRYN TASSINARI**
**BRENT WELLS**
Harder Wells Baron & Manning, PC
474 Willamette Street
Suite 200
Eugene, OR 97401
(541) 434-6466

      Attorneys for Plaintiff

**KAREN J. IMMERGUT**
United States Attorney
**BRITANNIA I. HOBBS**
Assistant United States Attorney
1000 S.W. Third Avenue
Suite 600
Portland, OR  97204-2902
(503) 727-1053

1 - JUDGMENT

**MICHAEL MCGAUGHRAN**
Office of the General Counsel
**RICHARD M. RODRIGUEZ**
Special Assistant United States Attorney
Social Security Administration
701 Fifth Avenue
Suite 2900 M/S 901
Seattle, WA  98104-7075
(206) 615-3748

       Attorneys for Defendant

    Based on the Court's Order (#__) issued January 11, 2008, the Court **AFFIRMS** the Commissioner's decision and **DISMISSES** this matter **with prejudice**.

    IT IS SO ORDERED.

    DATED this 11th day of January, 2008.

                                              /s/ Anna J. Brown

                                      ANNA J. BROWN
                                      United States District Judge

2 - JUDGMENT